■ In the Matter of SHIRLEY F. GAJEWSKI (Admitted as SHIRLEY FEBBELL GAJEWSKI), a Suspended Attorney. [721 NYS2d 225] —Motion granted, Hearing Panel's Report and recommendation confirmed, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Rosenberger, J. P., Tom, Mazzarelli, Ellerin and Wallach, JJ.